Doug Tilley, Esq. (SBN: 214323)
tilley@braunhagey.com
Chelsea Tirgardoon (SBN: 340119)
tirgardoon@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Tabitha Cohen, Esq., (*pro hac vice* forthcoming)
cohen@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

ATTORNEYS FOR PLAINTIFF
INTUITIVE SURGICAL OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE SURGICAL OPERATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LAM, AND DOES 1-10,<br><br>Defendant. | Case No. 3:24-cv-7427-TSH<br><br>**DECLARATION OF DOUG TILLEY IN SUPPORT OF PLAINTIFF INTUITIVE SURGICAL OPERATIONS, INC.'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**<br><br>Date:           October 28, 2024<br>Time:          9:00 a.m.<br>Judge:         Hon. Thomas S. Hixson<br><br>Action Filed:   October 24, 2024 |

I, Doug Tilley, declare:

1. I am an attorney with the law firm BraunHagey & Borden LLP, counsel of record for Plaintiff Intuitive Surgical Operations, Inc. ("Intuitive"). I submit this Declaration in support of Intuitive's *Ex Parte* Motion for a Temporary Restraining Order and Expedited Discovery (Intuitive's "Motion"). The facts set forth in this Declaration are based on my personal knowledge, following a reasonable and diligent inquiry. I could and would testify competently to such facts if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email and attached letter I sent to Defendant Jonathan Lam ("Defendant") on October 9, 2024. A physical copy of my letter was delivered to Defendant on October 10.

3. I also attempted to reach Defendant by phone on October 9, 10, and 11 to discuss the issues raised in my letter. Defendant did not accept or return any of my calls.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a thread of emails exchanged between myself and Defendant as part of Intuitive's efforts to secure Defendant's voluntary compliance with his contractual and other legal obligations to Intuitive. Defendant has not responded to my October 23 email.

5. Attached hereto as **Exhibits 3** and **4**, respectively, are the Requests For Production Of Documents And Things and Interrogatories that Intuitive respectfully requests leave to serve upon Defendant on an expedited basis.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Intuitive's Complaint on file in this action.

7. I have provided Defendant with notice of Intuitive's Motion. Prior to the filing of Intuitive's Motion, I emailed Defendant at jonlam2228@gmail.com, the email address he and I have used to communicate with one another (*see* Exhibit 2), attaching electronic versions of the public versions of Intuitive's Motion and supporting papers and Intuitive's Complaint. My office has also arranged for a messenger to personally deliver hard copies of those materials to Defendant's home.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct to the best of my knowledge, information, and belief.
3 |
4 | Dated: October 25, 2024                    */s/ Doug Tilley*
                                                Doug Tilley