Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Ave., Suite 275
Sacramento, CA 95825
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Defendant
Jonathan Lam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTUITIVE SURGICAL OPERATIONS, INC.**, <br><br>           Plaintiff, <br><br>     vs. <br><br> **JONATHAN LAM**, <br><br>           Defendant. | Case No. 3:24-cv-7427 <br><br> Case Assigned to: <br> Hon. James Donato <br><br> **JOINT STIPULATION RE TRO HEARING** |

Plaintiff INTUITIVE SURGICAL OPERATIONS, INC. ("Plaintiff") and Defendant JONATHAN LAM ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the Complaint in this matter on October 24, 2024;

2. WHEREAS, Plaintiff filed a Motion for a Temporary Restraining Order and Expedited Discovery (the "TRO Motion") on October 25, 2024, and noticed such motion for hearing on October 28, 2024.  The hearing was re-set for November 7, 2024 following reassignment of this matter to this Court;

3. WHERAS, Counsel for Defendant is unavailable on November 7; and

4. WHEREAS, the Parties have met and conferred and wish to continue to TRO hearing, and have been advised by Court staff that December 5, 2024 is desirable for the Court;

THEREFORE, the Parties stipulate and agree as follows:

1. Hearing on Plaintiff's Temporary Restraining Order shall be continued to December 5, 2024;

2. Defendant's response to Plaintiff's Motion for a Temporary Restraining Order shall be due at 9:00 a.m. on December 2, 2024; and

3. Mr. Lam agrees that until such time as an Order issued on Plaintiff's TRO Motion, neither he nor any of his agents, accomplices, aiders and abettors, co-conspirators, or others working in concert with him, whether directly or indirectly, shall solicit, access, review, use, disclose, leverage, and/or interact in any manner with any Intuitive property, any non-public Intuitive information, and/or any communication, document, work product, derivative work, or other material containing,

reflecting, or comprising non-public Intuitive information, except that Mr. Lam's counsel of record shall be permitted to access, review, and use such information solely in defending the above-captioned litigation between Mr. Lam and Intuitive.

Dated: November 5, 2024                                **KING & SIEGEL LLP**

By: */s/ Robert J. King*
Robert J. King
Julian King
Attorneys for Defendant

Dated: November 5, 2024                                **BRAUNHAGEY & BORDEN LLP**

By: */s/ Doug Tilley*
Doug Tilley
Attorneys for Plaintiff

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:_____                            _____
                                                HON. JAMES DONATO
                                                UNITED STATES DISTRICT JUDGE